# UNITED STATES BANKRUPTCY COURT

### Western District of Washington

In re CHINYELU A DUXBURY_____,
         *Debtor*

Case No. 14-42078_____
Chapter _7_

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1.      Creditor's Name: JPMorgan Chase Bank, N.A._____

2.      Amount of the debt subject to this reaffirmation agreement:
        $ 9,597.29___ on the date of bankruptcy $ 9,293.24___ to be paid under reaffirmation agreement

3.      Annual percentage rate of interest: __10.75_ % prior to bankruptcy
        _10.75_ % under reaffirmation agreement ( ✓ Fixed Rate ___ Adjustable Rate)

4.      Repayment terms (if fixed rate): $353.72 per month for _30___ months

5.      Collateral, if any, securing the debt: Current market value: $ 9,725.00___ NADA
        Description: 2005 MERCEDES C-CLASS_____

6.      Does the creditor assert that the debt is nondischargeable? ___Yes ✓ No
(If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

**Debtor's Schedule I and J Entries**

**Debtor's Income and Expenses
as Stated on Reaffirmation Agreement**

7A.  Total monthly income from $ 6296.40
      Schedule I, line 12

7B.  Monthly income from all   $ 6296.40
      sources after payroll deductions

8A.  Total monthly expenses   $ 4864.70
      from Schedule J, line 22

8B.  Monthly expenses   $ 4864.70

9A.  Total monthly payments on $ ___0___
      reaffirmed debts not listed on
      Schedule J

9B.  Total monthly payments on   $ ___0___
      reaffirmed debts not included in
      monthly expenses

10B.  Net monthly income   $ 1431.70
      (Subtract sum of lines 8B and 9B from
      line 7B. If total is less than zero, put the
      number in brackets.)

11.   Explain with specificity any difference between the income amounts (7A and 7B):


12.   Explain with specificity any difference between the expense amounts (8A and 8B):



    If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any
explanation contained on those lines is true and correct.

_____          _____
Signature of Debtor (only required if           Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)                      required if line 11 or 12 is completed)

**Other Information**

☐     Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption
of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the
sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt:



Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
     X   Yes                   _____No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has
counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
     ✓   Yes                   _____No




### FILER'S CERTIFICATION

    I  hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement
between the parties identified on this Reaffirmation Agreement Cover Sheet.

_____
Signature

ROBERT KAMMEYER                        Creditor
Print/Type Name & Signer's Relation to Case

B240A/B ALT (Form 240A/B ALT) (Reaffirmation
Agreement) (12/11)

☐   **Presumption of Undue Hardship**
☐   **No Presumption of Undue Hardship**
(Check box as directed in Part D: Debtor's Statement
in Support of Reaffirmation Agreement.)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington

In re CHINYELU A DUXBURY _____,    Case No. 14-42078 _____
        Debtor    Chapter   7 _____

## REAFFIRMATION AGREEMENT

*[Indicate all documents included in this filing by checking each applicable box.]*

☐ Part A: Disclosures, Instructions, and
    Notice to Debtor (pages 1 - 5)

☐ Part D: Debtor's Statement in
    Support of Reaffirmation Agreement

☐ Part B: Reaffirmation Agreement

☐ Part E: Motion for Court Approval

☐ Part C: Certification by Debtor's Attorney

*[Note: Complete Part E only if debtor was not represented by an attorney during
the course of negotiating this agreement. Note also: If you complete Part E, you must
prepare and file Form 240C ALT - Order on Reaffirmation Agreement.]*

**Name of Creditor:** JPMorgan Chase Bank, N.A. _____

☐ *[Check this box if]* Creditor is a Credit Union as defined in §19(b)(1)(a)(iv) of the
    Federal Reserve Act

## PART A: DISCLOSURE STATEMENT, INSTRUCTIONS AND NOTICE TO DEBTOR

### 1.    DISCLOSURE STATEMENT

***Before Agreeing to Reaffirm a Debt, Review These Important Disclosures:***

**SUMMARY OF REAFFIRMATION AGREEMENT**
    This Summary is made pursuant to the requirements of the Bankruptcy Code.

**<u>AMOUNT REAFFIRMED</u>**

    The amount of debt you have agreed to reaffirm:        $ 9,293.24 _____

   *The amount of debt you have agreed to reaffirm includes all fees and costs (if any) that have
accrued as of the date of this disclosure. Your credit agreement may obligate you to pay additional
amounts which may come due after the date of this disclosure. Consult your credit agreement.*

## ANNUAL PERCENTAGE RATE

*[The annual percentage rate can be disclosed in different ways, depending on the type of debt.]*

a.  If the debt is an extension of "credit" under an "open end credit plan," as those terms are defined in § 103 of the Truth in Lending Act, such as a credit card, the creditor may disclose the annual percentage rate shown in (i) below or, to the extent this rate is not readily available or not applicable, the simple interest rate shown in (ii) below, or both.

(i)  The Annual Percentage Rate disclosed, or that would have been disclosed, to the debtor in the most recent periodic statement prior to entering into the reaffirmation agreement described in Part B below or, if no such periodic statement was given to the debtor during the prior six months, the annual percentage rate as it would have been so disclosed at the time of the disclosure statement: _____%.

*--- And/Or ---*

(ii)  The simple interest rate applicable to the amount reaffirmed as of the date this disclosure statement is given to the debtor: _____%.  If different simple interest rates apply to different balances included in the amount reaffirmed, the amount of each balance and the rate applicable to it are:

$ _____ @ _____%;
$ _____ @ _____%;
$ _____ @ _____%.

b.  If the debt is an extension of credit other than under than an open end credit plan, the creditor may disclose the annual percentage rate shown in (I) below, or, to the extent this rate is not readily available or not applicable, the simple interest rate shown in (ii) below, or both.

(i)  The Annual Percentage Rate under §128(a)(4) of the Truth in Lending Act, as disclosed to the debtor in the most recent disclosure statement given to the debtor prior to entering into the reaffirmation agreement with respect to the debt or, if no such disclosure statement was given to the debtor, the annual percentage rate as it would have been so disclosed: ___10.75___%.

*--- And/Or ---*

(ii)  The simple interest rate applicable to the amount reaffirmed as of the date this disclosure statement is given to the debtor: _____%.  If different simple interest rates apply to different balances included in the amount reaffirmed, the amount of each balance and the rate applicable to it are:

$ _____ @ _____ %;
$ _____ @ _____ %;
$ _____ @ _____ %.

     c. If the underlying debt transaction was disclosed as a variable rate transaction on the most recent disclosure given under the Truth in Lending Act:

> The interest rate on your loan may be a variable interest rate which changes from time to time, so that the annual percentage rate disclosed here may be higher or lower.

     d. If the reaffirmed debt is secured by a security interest or lien, which has not been waived or determined to be void by a final order of the court, the following items or types of items of the debtor's goods or property remain subject to such security interest or lien in connection with the debt or debts being reaffirmed in the reaffirmation agreement described in Part B.

| Item or Type of Item | Original Purchase Price or Original Amount of Loan |
|---|---|
| 2005 MERCEDES C-CLASS | $16,289.76 |

*Optional---At the election of the creditor, a repayment schedule using one or a combination of the following may be provided:*

**Repayment Schedule:**

Your first payment in the amount of $ 353.72 _____ is due on _ 5/20/14 _ (date), but the future payment amount may be different. Consult your reaffirmation agreement or credit agreement, as applicable.

*— Or —*

Your payment schedule will be: _____(number) payments in the amount of $_____ each, payable (monthly, annually, weekly, etc.) on the _____ (day) of each _____ ( week, month, etc.), unless altered later by mutual agreement in writing.

*— Or —*

A reasonably specific description of the debtor's repayment obligations to the extent known by the creditor or creditor's representative.

### 2. INSTRUCTIONS AND NOTICE TO DEBTOR

## YOUR RIGHT TO RESCIND (CANCEL) YOUR REAFFIRMATION AGREEMENT

You may rescind (cancel) your reaffirmation agreement at any time before the bankruptcy court enters a discharge order, or before the expiration of the 60-day period that begins on the date your reaffirmation agreement is filed with the court, whichever occurs later. To rescind (cancel) your reaffirmation agreement, you must notify the creditor that your reaffirmation agreement is rescinded (or canceled).

**Frequently Asked Questions:**

<u>What are your obligations if you reaffirm the debt?</u> A reaffirmed debt remains your personal legal obligation. It is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages. Otherwise, your obligations will be determined by the reaffirmation agreement which may have changed the terms of the original agreement. For example, if you are reaffirming an open end credit agreement, the creditor may be permitted by that agreement or applicable law to change the terms of that agreement in the future under certain conditions.

<u>Are you required to enter into a reaffirmation agreement by any law?</u> No, you are not required to reaffirm a debt by any law. Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments you agree to make.

<u>What if your creditor has a security interest or lien?</u> Your bankruptcy discharge does not eliminate any lien on your property. A "lien" is often referred to as a security interest, deed of trust, mortgage or security deed. Even if you do not reaffirm and your personal liability on the debt is discharged, because of the lien your creditor may still have the right to take the property securing the lien if you do not pay the debt or default on it. If the lien is on an item of personal property that is exempt under your State's law or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt. To redeem, you must make a single payment to the creditor equal to the amount of the allowed secured claim, as agreed by the parties or determined by the court.

> **NOTE:** When this disclosure refers to what a creditor "may" do, it does not use the word "may" to give the creditor specific permission. The word "may" is used to tell you what might occur if the law permits the creditor to take the action. If you have questions about your reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement reaffirming a debt. If you don't have an attorney helping you, the judge will explain the effect of your reaffirming a debt when the hearing on the reaffirmation agreement is held.

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps are not completed, the reaffirmation agreement is not effective, even though you have signed it.

1. Read the disclosures in this Part A carefully. Consider the decision to reaffirm carefully. Then, if you want to reaffirm, sign the reaffirmation agreement in Part B (or you may use a separate agreement you and your creditor agree on).

2. Complete and sign Part D and be sure you can afford to make the payments you are agreeing to make and have received a copy of the disclosure statement and a completed and signed reaffirmation agreement.

3. If you were represented by an attorney during the negotiation of your reaffirmation agreement, the attorney must have signed the certification in Part C.

4. If you were not represented by an attorney during the negotiation of your reaffirmation agreement, you must have completed and signed Part E.

5. The original of this disclosure must be filed with the court by you or your creditor. If a separate reaffirmation agreement (other than the one in Part B) has been signed, it must be attached.

6. If the creditor is not a Credit Union and you were represented by an attorney during the negotiation of your reaffirmation agreement, your reaffirmation agreement becomes effective upon filing with the court unless the reaffirmation is presumed to be an undue hardship as explained in Part D. If the creditor is a Credit Union and you were represented by an attorney during the negotiation of your reaffirmation agreement, your reaffirmation agreement becomes effective upon filing with the court.

7. If you were not represented by an attorney during the negotiation of your reaffirmation agreement, it will not be effective unless the court approves it. The court will notify you and the creditor of the hearing on your reaffirmation agreement. You must attend this hearing in bankruptcy court where the judge will review your reaffirmation agreement. The bankruptcy court must approve your reaffirmation agreement as consistent with your best interests, except that no court approval is required if your reaffirmation agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home.

## PART B: REAFFIRMATION AGREEMENT.

I (we) agree to reaffirm the debts arising under the credit agreement described below.

1. Brief description of credit agreement:

   Motor Vehicle Year/Make/Model:
   2005 MERCEDES C-CLASS

2. Description of any changes to the credit agreement made as part of this reaffirmation agreement:

SIGNATURE(S):

Borrower:                                        Accepted by creditor:

_Chinyelu Ada Duxbury_                           _JPMorgan Chase Bank, N.A.____

(Print Name)                                     (Printed Name of Creditor)
                                                 P.O. Box 29505 AZ1-1191
_____                             Phoenix, AZ 85038-9505
(Signature)                                      (Address of Creditor)
Date: _5/29/14___                                _____
                                                 (Signature)

Co-borrower, if also reaffirming these debts:    **ROBERT KAMMEYER**        Bankruptcy Specialist

_____                             (Printed Name and Title of Individual
(Print Name)                                     Signing for Creditor)

_____                             Date of creditor acceptance:
(Signature)                                      _____6/16/2014_____
Date: _____

## PART C: CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY).

*[To be filed only if the attorney represented the debtor during the course of negotiating this agreement.]*

I hereby certify that (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

□ *[Check box, if applicable and the creditor is not a Credit Union.]* A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

Printed Name of Debtor's Attorney: _Stephen L. Freeborn      WSBA 13862_

Signature of Debtor's Attorney: _____

Date: _5-29-2014_

## PART D: DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

*[Read and complete sections 1 and 2, **OR**, if the creditor is a Credit Union and the debtor is represented by an attorney, read section 3. Sign the appropriate signature line(s) and date your signature. If you complete sections 1 and 2 **and** your income less monthly expenses does not leave enough to make the payments under this reaffirmation agreement, check the box at the top of page 1 indicating "Presumption of Undue Hardship." Otherwise, check the box at the top of page 1 indicating "No Presumption of Undue Hardship"]*

1. I believe this reaffirmation agreement will not impose an undue hardship on my dependents or me. I can afford to make the payments on the reaffirmed debt because my monthly income (take home pay plus any other income received) is $_____, and my actual current monthly expenses including monthly payments on post-bankruptcy debt and other reaffirmation agreements total $_____, leaving $_____ to make the required payments on this reaffirmed debt.

I understand that if my income less my monthly expenses does not leave enough to make the payments, this reaffirmation agreement is presumed to be an undue hardship on me and must be reviewed by the court. However, this presumption may be overcome if I explain to the satisfaction of the court how I can afford to make the payments here: _____

_____

_____ .

**(Use an additional page if needed for a full explanation.)**

2. I received a copy of the Reaffirmation Disclosure Statement in Part A and a completed and signed reaffirmation agreement.

Signed: _____

(Debtor)

_____

(Joint Debtor, if any)

Date: __5/25/14__

*— Or —*

*[If the creditor is a Credit Union and the debtor is represented by an attorney]*

3. I believe this reaffirmation agreement is in my financial interest. I can afford to make the payments on the reaffirmed debt. I received a copy of the Reaffirmation Disclosure Statement in Part A and a completed and signed reaffirmation agreement.

Signed: _____

(Debtor)

_____

(Joint Debtor, if any)

Date: __5/25/14__

# U.S. Bankruptcy Court
## Western District of Washington (Tacoma)
### Bankruptcy Petition #: 14-42078-BDL

*Date filed:* 04/14/2014
*341 meeting:* 05/19/2014
*Deadline for objecting to discharge:* 07/18/2014

*Assigned to:* Brian D Lynch
Chapter 7
Voluntary
No asset

**Debtor**
**Chinyelu A Duxbury**
4212 19th Avenue N W
Gig Harbor, WA 98335
PIERCE-WA
253-853-5852
SSN / ITIN: xxx-xx-4502
*aka* Chinyelu A Farris

represented by **Stephen L Freeborn**
Freeborn Law Offices PS
33400 9th Ave S Ste 208
Federal Way, WA 98003
253-838-4477
Email: datafxr@hotmail.com

**Trustee**
**Mark D Waldron**
6711 Regents Blvd W
Tacoma, WA 98466
253-565-5800

**US Trustee**
**United States Trustee**
700 Stewart St Ste 5103
Seattle, WA 98101
(206) 553-2000

| Filing Date | # | Docket Text |
|---|---|---|
| 04/14/2014 | **1** (50 pgs) | Chapter 7 Voluntary Petition . Filed by Stephen L Freeborn on behalf of Chinyelu A Duxbury (Freeborn, Stephen) (Entered: 04/14/2014 at 09:16:51) |
| 04/14/2014 | | Receipt of filing fee for Chapter 7 Voluntary Petition (14-42078) [misc,1028] ( 306.00). Receipt number 19224756. Fee amount $ 306.00. (U.S. Treasury) (Entered: 04/14/2014 at 09:18:23) |
| | **2** | Meeting of Creditors & Notice of Appointment of Interim Trustee Mark D Waldron, with 341(a) meeting to be held on 05/19/2014 at 10:30 AM at Courtroom J, Union Station. |

```
AMAI          05/02/14          ACCOUNT INQUIRY          16:57:29
CUR
CTL2 400   CTL3 452   CTL4 0000   ACCT          4671     EFF DATE          05/02/14
CTL2 000   CTL3 000   CTL4 0000   CUST                   LEGAL STAT = LL
                                  ******** RATES *********   SIMPLE INT - FIXED RATE
PAYOFF              9293.24                                  AUTO DR                    N
ORIG LOAN AMT      16289.76   CURR RATE    10.7500000   PROD TYPE              CUSF
ORIG PROCEEDS      16289.76   ORIG RATE    10.7500000   PRIM OFFICER          86107
LT CHG DUE             0.00   PER DIEM      2.7282060   GL KEY 0001400452       40
FEES DUE               0.00   ******** DATES ********   CALL CODE             06B0
CURRENT PRIN        9263.22   CONTRACT DATE   10/06/11   ***** REPAYMENTS *****
CURRENT INT           30.02   CURR MATURITY   10/20/16   CURR TERM              60
SCH PYMT AMT         353.72   CLOSED DATE               PYMTS MADE             30
CUR PYMT AMT         353.72   SCHED DUE DATE  05/20/14   PYMTS REM              30
PAST DUE AMT           0.00   OLDEST DUE DATE 05/20/14   MONTHS EXTD    0 REN 000
PARTIAL PAID           0.00   LAST MAINT DT   04/16/14   YTD INT COL        338.25
**************************    LST BAL CHG DT  04/21/14   INT COL PRV       1299.57
CHINYELU A DUXBURY                                       ***** CREDIT HIST *****
4212 19TH AVE NW                                         011 030 060 090 120 150
                                    COLLATERAL           000 000 000 000 000 000
GIG HARBOR              WA 98335  CODE: 63AU
PH (  ) (                      )  DESC: 2005 MERCEDES-BENZ C
PF1-NEXT STAT PF2-PREV STAT PF3-ADDL INFO                          PA2A
AMPCGIS1 AM7294 I: FIRST STATUS DISPLAYED                          LAST
```

```
AMAI          05/02/14         ACCOUNT INQUIRY         16:57:29
CUR
CTL2 400  CTL3 452  CTL4 0000  ACCT            4671    EFF DATE       04/14/14
CTL2 000  CTL3 000  CTL4 0000  CUST                    ACTIVE ACCOUNT
                              ******** RATES ********* SIMPLE INT - FIXED RATE
PAYOFF              9597.29                            AUTO DR                N
ORIG LOAN AMT      16289.76    CURR RATE  10.7500000   PROD TYPE           CUSF
ORIG PROCEEDS      16289.76    ORIG RATE  10.7500000   PRIM OFFICER       86107
LT CHG DUE             0.00    PER DIEM    2.8067605   GL KEY 0001400452     40
FEES DUE               0.00    ******** DATES ******** CALL CODE          06B0
CURRENT PRIN        9529.94    CONTRACT DATE   10/06/11 ***** REPAYMENTS *****
CURRENT INT           67.35    CURR MATURITY   10/20/16 CURR TERM             60
SCH PYMT AMT         353.72    CLOSED DATE              PYMTS MADE            29
CUR PYMT AMT         353.72    SCHED DUE DATE  04/20/14 PYMTS REM             31
PAST DUE AMT           0.00    OLDEST DUE DATE 04/20/14 MONTHS EXTD  0 REN 000
PARTIAL PAID           0.00    LAST MAINT DT   12/03/13 YTD INT COL      251.25
**************************    LST BAL CHG DT  03/21/14 INT COL PRV     1299.57
CHINYELU A DUXBURY                                     ***** CREDIT HIST *****
4212 19TH AVE NW                                       011 030 060 090 120 150
                                        COLLATERAL     000 000 000 000 000 000
GIG HARBOR              WA 98335  CODE: 63AU
PH (    )                         DESC: 2005 MERCEDES-BENZ C
PF1-NEXT STAT PF2-PREV STAT PF3-ADDL INFO                           PA2A
```

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number _____ Contract Number _____

| Buyer (including County and Zip Code) | Co-Buyer Name and Address (including County and Zip Code) | Creditor-Seller (Name and Address) |
|---|---|---|
| CHINYELU A <br> DUXBURY <br> 4010 19TH AVE NW <br> 010 MAGNER WA 98335 | | 1-3 MOTORS, INC <br> 2123 36TH STREET EAST <br> 3 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below, as explained in section 1 on the back. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 05 | MERCEDES C-CLASS | 65,553 | WDBRF61J55F556405 | ☐ Personal, family or household ☐ business ☐ agricultural |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $7988.00 |
|---|---|---|---|---|
| 18.75 % | $4933.44 | $16289.75 | $21223.26 | $29223.26 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | 353.72 | Monthly beginning 11/28/2011 |

Or As Follows:

**Late Charge.** If payment is not received in full within ___ days after it is due, you will pay a late charge of $ ___ , or ___ % of the part of the payment that is late, whichever is greater.

**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

| 1 Vehicle Cash Price | |
|---|---|
| Vehicle Cash Price | $16995.00 |
| Other | N/A |
| Other LO JACK | $699.00 |
| Other | |
| Other Service Plan Sales Tax | $274.44 |
| Sales Tax | $1717.62 |
| Documentary Service Fee/THE DOCUMENTARY SERVICE FEE IS A NEGOTIABLE FEE. Documentary service fees are not explicit by the state of Washington. | $150.00 |
| Total Cash Sale Price | $20035.06 |

2 Total Downpayment =

| Trade-in (Year) (Make) (Model) | |
|---|---|
| Gross Trade-in Allowance | $0.00 |
| Less Payoff Made By Seller | $0.00 |
| Equals Net Trade In | $0.00 |
| + Cash | $7988.00 |
| + Other | $7988.00 |
| (If total downpayment is negative, enter "0" and see 4H below) | $7988.00 |

| 3 Unpaid Balance of Cash Price (1 minus 2) | $13035.53 |

4 Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts):

| A Cost of Optional Credit Insurance Paid to Insurance Company or Companies | | |
|---|---|---|
| Life | $ N/A | |
| Disability | $ N/A | N/A |
| B Optional Gap Contract | | N/A |
| C Other Optional Insurance Paid to Insurance Company or Companies | | N/A |
| Total Insurance Paid to Insurance Companies | $ N/A | |
| D Official Fees Paid to Government Agencies | | |
| to ___ for ___ | $ N/A | N/A |
| to ___ for ___ | $ N/A | N/A |
| E Government Taxes Not Included in Cash Price | | N/A |
| F Government License and/or Registration Fees | | |
| ___ | | $ 206.00 |
| G Government Certificate of Title Fees | | $ 6.50 |
| Total Official Fees Paid to Government Agencies | | $ 382.50 |
| H Other Charges (Seller must identify who is paid and describe purpose) | | |
| to ___ for Prior Credit or Lease Balance | $ N/A | |
| to ___ for Service Plan | $ 2951.78 | |
| to N/A for N/A | $ N/A | |
| to N/A for N/A | $ N/A | |
| to N/A for N/A | $ N/A | |
| Total Other Charges and Amounts Paid to Others on Your Behalf | | $ 3253.50 |

| 5 Amount Financed (3 plus 4) | $16289.75 |

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before 11/06/2011, Year _____ SELLER'S INITIALS _____

---

## NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

NOTICE TO BUYER: (a) Do not sign this contract before you read it or if any spaces intended for the agreed terms, except as to unavailable information, are blank. (b) You are entitled to a copy of this contract at the time you sign it. (c) You may at any time pay off the full unpaid balance due under this contract, and in so doing you may receive a partial rebate of the finance charge that does not exceed __18.7%__ (must be filled in) per annum computed monthly.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 11/06/2011 Co-Buyer Signs X _____ Date 11/06/2011

Co-Buyer and Other Owners — An other owner is a person who is responsible for paying the entire debt. An other owner agrees to the terms of this contract but is not required to pay the debt.

Other owner signs here X _____ Date 11/06/2011
Seller signs 1-3 MOTORS, INC By X _____ Title _____

Seller assigns its interest in this contract to CHASE AUTO FINANCE (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse   ☐ Assigned without recourse   ☐ Assigned with limited recourse
Seller 1-3 MOTORS, INC   By _____   Title _____

ORIGINAL LIENHOLDER

OTHER IMPORTANT AGREEMENTS

**1. FINANCE CHARGE AND PAYMENTS**

**2. YOUR OTHER PROMISES TO US**

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

**4. WARRANTIES SELLER DISCLAIMS**

**5. Used Car Buyers Guide.**

**6. Servicing and Collection Contacts.**

**7. Applicable Law**

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

STATE OF WASHINGTON
# Vehicle Certificate of Ownership (Title)
### Certificate Number
## 1130504304

| License number | Vehicle identification number (VIN) WDBRF61J55F556405 | Year 2005 | Make MERZ | Model C2 | Style 4D | Series/Body 2404D |
|---|---|---|---|---|---|---|

| Date issued 11/01/2011 | Odometer miles 0065543 | Odometer status A | Fleet number | Equipment number | | Fuel type G |
|---|---|---|---|---|---|---|

| Use class PAS | Scale weight 03265 | Gross weight | Vehicle color | Prior title state WA | Prior title number 0524945427 |
|---|---|---|---|---|---|

Comments
32650-2005

Brands

Sale price $ _____

Date of sale _____

Legal owner: To release your interest, sign below, then give this title to the registered owner/transferee or send it to a vehicle licensing office with the proper fee. You may be liable to the registered owner/transferee for penalties if you do not release interest within 10 days after proper demand.

| Legal owner | Registered owner |
|---|---|
| CHASE AUTO FINANCE | DUXBURY,CHINYELU |
| P O BOX 901098 | 4212 19TH AVE NW |
| FORT WORTH, TX 76101 | GIG HARBOR, WA 98335 |

X_____    X_____
Signature of legal owner releases        Date        Signature of registered owner releases        Date
all interest in the vehicle described above       all interest in the vehicle described above

X_____    X_____
Signature of legal owner releases        Date        Signature of registered owner releases        Date
all interest in the vehicle described above       all interest in the vehicle described above

I certify that the records of the Department of Licensing
show the persons named hereon as registered owners and
legal owners of the vehicle described.        Director, Department of Licensing

---

Federal regulation and state law requires you to state the mileage in connection with the transfer of ownership.
Failure to complete this odometer statement or providing a false statement may result in fines and/or imprisonment.

*I certify, to the best of my knowledge, the odometer reading is:* ➡ _____ (no tenths)  Transfer date _/_/_
Odometer reading in miles

*This reading is (check one):* ☑ the actual mileage of the vehicle ☐ in excess of its mechanic limits ☐ not the actual mileage.

| Signature of transferee/buyer X | Signature of transferor/seller X |
|---|---|
| PRINTED name of transferee/buyer | PRINTED name of transferor/seller |
| Address of transferee/buyer | Address of transferor/seller |

*Assignment by registered owner*

Keep in a safe place.  Any alteration or erasure voids this title.

# NADA Official Used Car Guide
## Friday, May 02, 2014

## Vehicle Summary NADA Values

| | | | |
|---|---|---|---|
| **Region:** | Pacific Northwest - May 2014 | **Reference #:** | |
| **Vehicle Description:** | 2005 MERCEDES-BENZ<br><br>C Class<br>Sedan 4D C240 | **VIN:** | WDBRF61J55F556405 |
| **MSRP:** | $32,650 | **Weight:** | 3,360 |
| **Mileage:** | 117,500 | | |

| | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Loan | Clean Retail |
|---|---|---|---|---|---|
| **Base Value** | $4,650 | $6,100 | $7,325 | $6,600 | $9,725 |
| **Optional Equipment** | | | | | |
| **Option Total** | $0 | $0 | $0 | $0 | $0 |
| **Mileage Adjustment** | $0 | $0 | $0 | $0 | $0 |
| **Total NADA Official Used Car Guide Values** | $4,650 | $6,100 | $7,325 | $6,600 | $9,725 |

NADA assumes no responsibility or liability for any errors or omissions
or any revisions or additions made by anyone on this report.
Copyright NADA Services Corp. 2014
All rights reserved.